FILED'08 SEP 23 09:45USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY BREEDLOVE, | Civil No. 3:07-CV-1743-AC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER, issued September 22, 2008.

DATED this 22nd day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1    JUDGMENT - [3:07-CV-1743-AC]